
**FILED**
6/8/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**RECEIVED**
JUN 0 2 2016 AS
6-2-16
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Jotyai Jordan
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Sheriff Tom Dart
_____

1:16-cv-5839
Judge Joan H. Lefkow
Magistrate Judge Michael T. Mason
PC6

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

CHECK ONE ONLY:

 ✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
 **U.S. Code** (state, county, or municipal defendants)

 _____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
 **28 SECTION 1331 U.S. Code** (federal defendants)

 _____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Jotyai Jordan

   B. List all aliases: _____

   C. Prisoner identification number: 20150730140

   D. Place of present confinement: Cook County Department Of Correction

   E. Address: _____

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: Sheriff Tom Dart

   Title: Cook County Sheriff

   Place of Employment: Cook County Sheriff Department

   B. Defendant: _____

   Title: _____

   Place of Employment: _____

   C. Defendant: _____

   Title: _____

   Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A.    Name of case and docket number: _____

    B.    Approximate date of filing lawsuit: _____

    C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D.    List all defendants: _____

    E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F.    Name of judge to whom case was assigned: _____

    G.    Basic claim made: _____

    H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I.    Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

**IV. Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

As stated in the Cook County Handbook It's states that we are to have access and be able to clean our cells once a week. Since I been in Div 10 Sept. 22, 2015 that has not occured at best, one time a month to date this has resulted in unsanitary condition which has caused a variety of contagious illness, such as staff infection mrsa, stomach flu and viruses. The 8 Amendment clearly states unconstitutional to live in unsanitary condition. When staff have been notified of these contagious illness, they made no effort to properly clean our environment that would have help minimize inmates exposure to these germs, and viruses.

05-23-16

Could you please have someone review the video camera from Sept 22, 2015 to Feb 2016 in Div 10 4C, I was in cell 10, You will see how many times, my cell was clean, then look from Feb. to March 25 Div 10 3B, on 4-8-2016, I was move to Div 10 3C, We move right into cell, it wasn't sanitize, no disinfectant was use, no nothing, it clearly says in the information Handbook we are allowed to clean, our cells, and if we need cleaning supplies ask officer, I have heard the ridiculous excuses from Securitie purpose, to we have'nt had no cleaning supplies, they don't give us a toilet brush to use to clean our toilet, but they give a broom to sweep once in a while, this not an accepted way to treat detainees here at cook county, my skin has broken out on my body, I believe part of the reason, not living in a clean sanitize cell, they sanitize my cell twice on 104C, you know why because some had a virus, that was the only reason, I'm here on Div 10 3C, not one time been allowed to clean or sanitize cell, now on 5-21-16, ceiling leaking Contaminated water with feces smell, in cells and the dayroom, still no staff, bother make the cells, that was flooded with water was disinfected or sanitize including the dayroom. Something need to be done, we as detainee have rights also.

I have file numerous grievances on this no avail, this unsanitize living in cells, is a serious issue, I've been incarcerated since 9-22-15 in Div 10, my toliet hasn't been clean properly, I have to stick my hand with a towel and clean my toilet bowl myself, otherwise the feces would build up in the toilet, this is not a healthy way of living, Living these unsanitize condition, not being able to sweep, mop, and disinfect our cells and clean our sinks and toilet, this is very humilating and depriving me of my life living this as an detainee, there are camera all thru this facility, a picture tell a thousand detail, if someone could look at the videos from 09-22-15 to 02-06-16 on Div 10 4C 02-16- Div 10 3B 04-16-05-16, these are the dates, I'm currently in 3C, been in 3C since April 8 til now 5-20-16 its still have not been any cell cleaning, I don't know what else to do except file an lawsuit, so in the future other detainees doesnt have to live like this, We are human being, We also have rights as an detainee, that clearly has been violated.
now on 5-21-16, the ceiling was leaking in dayroom, and also few cells, including mines, the water was contaminated it was toliet water from 4C upstairs, we wasnt to disinfect our cells and they didn't come disinfect the floor in the dayroom

Revised 9/2007

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like compensatory and punitive damages and a judgement. I would like compensation as determined by the Lawyer the court assign to my case.

VI. The plaintiff demands that the case be tried by a jury. ☐ YES ☒ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __20__ day of __May__, 20__16__

__Jatyai Jordan__
(Signature of plaintiff or plaintiffs)

__Jotyai Jordan__
(Print name)

__201507 30140__
(I.D. Number)

__P.O. Box 089002 Chicago, IL 60608__
(Address)

Revised 9/2007